UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>R.C. JOHNSON, ET AL.,<br><br>    Defendant. | Case No. 2:23-cv-04135-JAK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, the Amended Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objection to the Amended Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's official capacity claims are DISMISSED from the action WITHOUT LEAVE TO AMEND as barred by Eleventh Amendment immunity.

\\

\\

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff
2 at his current address of record and on counsel for the defendants who have appeared.

4 DATED: February 23, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE