**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER WATSON, ET AL.,<br><br>Defendants. | Case No. 2:23-cv-04135-JAK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Renewed Motion for Leave to File a Supplemental Claim (the "Second Renewed Motion"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Plaintiff's Second Renewed Motion is GRANTED IN PART AND DENIED IN PART (Dkt. 128); (2) Plaintiff is granted leave to amend the operative Second Amended Complaint to assert claims for violation of the First, Eighth, and Fourteenth Amendments against Defendants Captain J. Phelan and Lt. J. Varela,

based on their alleged personal participation in retaliating against Plaintiff for his filing of prison grievances; (3) the Proposed Supplemental Pleading (Dkt. 144) is construed as part of the operative Second Amended Complaint to the extent it asserts the above claims against Defendants Captain J. Phelan and Lt. J. Varela; and (4) Plaintiff's request for leave to amend the operative Second Amended Complaint to add Director of CDCR and/or Warden R.C. Johnson is DENIED.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at his current address of record, as well as all parties who have appeared in the action.

DATED: January 16, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2