**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY MEDINA,<br><br>           Plaintiff,<br><br>   v.<br><br>HEATHER WATSON, ET AL.,<br><br>           Defendants. | Case No. 2:23-cv-04135-JAK-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Partial Summary Judgment (Dkt. 138), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Based on the aforementioned review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment is DENIED (Dkt. 138).

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at his current address of record, as well as all parties who have appeared in the action.

DATED: March 18, 2026

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2