# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAY MEDINA,

             Plaintiff,

    v.

HEATHER WATSON, ET AL.,

             Defendants.

Case No. 2:23-cv-04135-JAK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Temporary Restraining Order (Dkt. 188), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion for Temporary Restraining Order is DENIED as MOOT (Dkt. 188).

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record, as well as all parties who have appeared in the action.

DATED: April 22, 2026

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2